IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES TRUSTEE

vs

BETTY COREY;
JAMES FORD

**CASE NO** 20-40036
**CHAPTER:** 7

**DATE**: April 29, 2020
**PLACE**: Benton

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Mark Skaggs — Appears

**COUNSEL FOR DEFENDANT**: James Ford — Appears
Charles Armgardt — Appears

**PROCEEDINGS:** Motions for 2004 Exam with Objections

**MINUTES OF COURT:**

Case is called for hearing on the Motions for 2004 Exam filed by the United States Trustee with Objections filed by James Ford. Pursuant to the statements made in open court, the Motions are Granted. Mark Skaggs is to submit a proposed order within 7 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY.  THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**